# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DARNELL LEE NOT AFRAID,<br><br>Defendant. | CR 22-44-BLG-SPW<br><br><br><br>ORDER |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 94), and for good cause shown,

**IT IS HEREBY ORDERED** that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 26th day of January, 2023.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge

1